IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DONALD A. ELLIS, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV231 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

On January 17, 2008, Plaintiffs filed an Agreed Motion to Modify Scheduling Order (document #13). Plaintiffs assert that the parties have agreed to modify deadlines in the case without affecting the trial date. It is accordingly

**ORDERED** that the Agreed Motion to Modify Scheduling Order (document #13) is **GRANTED**. The following deadlines are modified as set out below:

| | |
|---|---|
| **August 4, 2008** | Date parties should be prepared to try the case (docket call to be set by Judge Heartfield) |
| **July 14, 2008** | Motions *in limine*, Joint Final Pretrial Order, jointly proposed jury instructions and form of the verdict and objections to depositions or exhibits |
| **July 7, 2008** | Pretrial disclosures |
| **June 27, 2008** | Response to dispositive motions (including *Daubert* motions). Responses to motions that are filed prior to the dispositive motion deadline shall be due in accordance with Local Rule CV-7(e). |

| | |
|---|---|
| **June 13, 2008** | Filing dispositive motions and any other motions that may require a hearing (including *Daubert* motions) |
| **May 30, 2008** | Discovery deadline |
| **May 23, 2008** | Mediation deadline |
| **May 19, 2008** | Respondent to designate expert witnesses and provide FRCP 26(a)(2)(B) report |
| **April 18, 2008** | Party with burden of proof on the issue to designate expert witnesses and provide FRCP 26(a)(2)(B) report |

So **ORDERED** and **SIGNED** this **23** day of **January, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE