IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DONALD A. ELLIS, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07cv231 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

The above-styled case is currently scheduled for a docket call before United States District Judge Thad Heartfield on Monday, August 4, 2008. On April 9, 2008, the parties filed an Agreed Motion for Continuance (document #36), seeking to postpone the trial of this matter. After due consideration, it is hereby

**ORDERED** that the Agreed Motion for Continuance (document #36) is **GRANTED**. The docket call for this case is **RE-SET** to **October 6, 2008.**

So **ORDERED** and **SIGNED** this **16** day of **April, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE