IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| DONALD A. ELLIS, ET AL. | § | |
| Vs. | § | CIVIL ACTION NO. 9:07CV231 |
| UNION PACIFIC RAILROAD COMPANY | § | |

ORDER

Defendant filed an Agreed Motion to Modify Scheduling Order (document #40), asserting that the parties seek modification of the scheduling order. After due consideration, it is hereby

**ORDERED** that the Agreed Motion to Modify Scheduling Order (document #40) is **GRANTED**. The deadlines are amended as follows:

| | |
|---|---|
| **May 18, 2008** | Plaintiffs to designate expert witnesses and provide FRCP 26(a)(2)(B) report |
| **June 18, 2008** | Defendant to designate expert witnesses and provide FRCP 26(a)(2)(B) report |
| **July 14, 2008** | Filing dispositive motions |
| **July 28, 2008** | Response to dispositive motions; responses to dispositive motions filed prior to the deadline shall be due in accordance with Local Rule CV-7 |
| **August 11, 2008** | Mediation |
| **September 6, 2008** | *Daubert* motions or other expert witness objections |
| **September 6, 2008** | Discovery |

| | |
|---|---|
| **September 15, 2008** | Pretrial disclosures |
| **September 22, 2008** | Motions *in limine*, Joint Final Pretrial Order, jointly proposed jury instructions and form of the verdict and objections to depositions or exhibits |
| **October 6, 2008** | Date parties should be prepared to try the case (docket call to be set by Judge Heartfield) |

So **ORDERED** and **SIGNED** this **23** day of **April, 2008.**

_____
JUDITH K. GUTHRIE
UNITED STATES MAGISTRATE JUDGE