

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

The following cases are set for a pretrial hearing and trial scheduling on **Monday, October 6, 2008,** at **9:00 a.m.**, United States Courthouse, Lufkin, Texas. Dates for jury selection and trial may be determined at this time. **Signed plea agreements in criminal cases should be submitted ONE WEEK prior to this date**. Jury selection for certain cases may commence at **9:00 a.m.** on **Monday, October 6, 2008.**

Requested jury instructions and exhibit and witness lists in criminal cases should be filed at least **two** business days before the pretrial hearing and trial scheduling.

Joint final pre-trial orders and requested jury instructions for civil cases should be delivered to the court at least **fourteen** days before the pretrial hearing and trial scheduling. In civil cases, for each proposed instruction or question to be submitted to the jury, the parties shall provide the court with the applicable legal authority that supports the submission. In addition to filing the proposed jury instructions in the clerk's office, the parties shall provide this court's chambers with their instructions on a diskette that is WordPerfect compatible.

Audiotapes and videotapes used during the trial must be accompanied by a transcript.

**SIGNED** this the 24 day of **September, 2008.**

_____
Thad Heartfield
United States District Judge

**LUFKIN DIVISION**
**PRETRIAL HEARING AND TRIAL SCHEDULING**
**U.S. District Judge Thad Heartfield, Presiding**
**October 6, 2008**

### CIVIL CASES

9:07-CV-27           RICKEY W. WELLS, ET AL V.  UNITED PACIFIC RAILROAD CO.

    P:    J. Kirkland Sammons    John Zgourides
          Goerge Chandler    Kenneth Fenelon, Jr.
          Ryan Brent
    D:    Mainess Gibson
          Amy Nilsen

9:07-CV-37           HAROLD E. HUFFMAN   V.  UNION PACIFIC RAILROAD CO.

    P:    J. Kirkland Sammons    John Zgourides
          Goerge Chandler    Kenneth Fenelon, Jr.
          Ryan Brent
    D:    Mainess Gibson
          Amy Nilsen

9:07-CV-63           MICK J. DUBEA   V.   JOHN C. SIMPSON

    P:    Walter Umphrey    Jennifer Carter
          Clayton Dark, Jr.    Mark Sparks
          Gary Reger
    D:    James Garner
          Galen Alderman, Jr.

9:07-CV-80           ROGER L. TARRANT, ET AL V.  UNION PACIFIC RAILROAD CO.

    P:    John Zgourides    Kenneth Fenelon, Jr.
          George Chandler    Ryan Brent
          J. Kirkland Sammons
    D:    Mainess Gibson
          Amy Nilsen

9:07-CV-212          THEODORE H. STOUDT, ET AL  V.  UNION PACIFIC RAILROAD CO.

      P:    John Zgourides    Kenneth Fenelon, Jr.
           George Chandler    Ryan Brent
           J. Kirkland Sammons
      D:    Amy Nilsen

9:07-CV-231          DONALD A. ELLIS, ET AL  V.  UNION PACIFIC RAILROAD CO.

      P:    John Zgourides    Kenneth Fenelon, Jr.
           George Chandler    Ryan Brent
           J. Kirkland Sammons
      D:    Amy Nilsen