

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| DONALD A. ELLIS, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 9:07- CV-231-TH/JKG |
| | § | JURY |
| UNION PACIFIC RAILROAD COMPANY, | § | |
| | § | |
| Defendant. | § | |

# ORDER VACATING NOTICE OF TRIAL SETTING

The Court **VACATES** the notice [Clerk's Docket No. 54] setting this case for pre-trial hearing and trial on the October 6, 2008 docket in Lufkin, Texas. By order [Clerk's Docket No. 53 ] dated July 2, 2008, this civil action was stayed pending disposition of a related matter on appeal to the Fifth Circuit. This order had the effect of staying all deadlines set by the district and magistrate courts, including those related to the filing of pre-trial papers.

**SO ORDERED.**

**SIGNED** this the **29** day of **September, 2008.**

_____
Thad Heartfield
United States District Judge