IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DONALD L. CRAGO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV482 |
| | ) | |
| v. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to withdraw Document Nos. 102, 103 and 104 (Filing No. 105). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; Filing Nos. 102, 103 and 104 are deemed withdrawn.

DATED this 14th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court